PEOPLE V SYLVESTER. Appeal from Recorder's Court of Detroit, Geraldine Bledsoe Ford, J. Submitted Division 1 April 11, 1972, at Detroit. (Docket No. 11948.) Decided May 4, 1972. Leave to appeal denied, 388 Mich 751.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Leonard Meyers,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, and *Martin I. Reisig,* Assistant Defender, for defendant on appeal.

Before: FITZGERALD, P. J., and McGREGOR and O'HARA, JJ.

MEMORANDUM OPINION. Defendant was found guilty by a jury of robbery armed, MCLA 750.529; MSA 28.797, was sentenced to 7-1/2 to 15 years in prison, and appeals.

A review of the brief and records discloses no reversible error.

Affirmed.